AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of **Columbia**

United States of America
v.
Anthony Alfred Griffith, Sr.

)
)
)
)
)
)

Case: 1:21-mj-00251
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/22/2021
Description: COMPLAINT W/ARREST WARRANT

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Anthony Alfred Griffith, Sr.                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752(a)(2)- Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. 5104(e)(2)(D)- Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

2021.02.22
23:15:12 -05'00'

Date:  February 22, 2021

_Issuing officer's signature_

City and state:      Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 2/23/2021, and the person was arrested on _(date)_ 3/4/2021 at _(city and state)_ MUSCOGEE, OK . |
| Date: 3/4/2021 |
| _Arresting officer's signature_ |
| SUSAN ELLIS / SPECIAL AGENT |
| _Printed name and title_ |